# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2019

156906 & (95)(97)(98)(101)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIE EDDIE ANDERSON, II,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 156906
COA: 331466
Jackson CC: 14-004531-FC

On order of the Court, the motion to withdraw issue is GRANTED. The motion to file an *in pro per* supplement to the application for leave to appeal and the motion to accept the *in pro per* motion to remand are GRANTED. The application for leave to appeal the October 19, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2019



Clerk

t0529